COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00835-CV |
| Style: | Barbara Morgan Pitre v. U.S. Bank National Association, as Trustee Under Pooling and Servicing Agreement Dated as of May 1, 2007, Master Asset-Backed Securities Trust 2007-HE1 Mortgage Pass-Through Certificates Series 2007-HE1 |
| Date motion filed*: | November 2, 2018 |
| Type of motion: | Appellee's Motion for Withdrawal and Substitution of Counsel |
| Party filing motion: | New Lead Counsel Thomas F. Loose and additional counsel Arthur E. Anthony and withdrawing counsel Rex. L. Kesler |
| Document to be filed: | N/A |

Is appeal accelerated?     No.

Ordered that motion is:
    ☑ Granted
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____

Appellee's motion for withdrawal and substitution of counsel is **granted** because it complies with Rule 6.5 and was signed by both new and withdrawing counsel. *See* TEX. R. APP. P. 6.5(b), (d). The Clerk of this Court is directed to remove Rex L. Kesler as counsel for the appellee and to substitute Thomas F. Loose as lead counsel and Arthur E. Anthony as co-counsel for appellee. *See id.* 6.1(c), 6.2.

Judge's signature: __/s/ Evelyn V. Keyes____
                x  Acting individually     ☐ Acting for the Court

Date: __November 8, 2018_____